TINCH v. VIDEO INDUSTRIAL SERVICES·

[120 N.C. App. 640 (1995)]

FREDERICK TINCH, PLAINTIFF-APPELLANT v. VIDEO INDUSTRIAL SERVICES, INC., WESTERN TEMPORARY SERVICES, INC., HENDON ENGINEERING ASSOCIATES, INC., METROPOLITAN SEWERAGE DISTRICT OF BUNCOMBE COUNTY AND CARYLON CORPORATION, DEFENDANTS-APPELLEES

No. COA95-151

(Filed 7 November 1995)

Appeal by plaintiff from summary judgment entered 31 October 1994 by Judge Jesse B. Caldwell, III, in Mecklenburg County Superior Court. Heard in the Court of Appeals 27 October 1995.

*Mraz & Dungan, by John A. Mraz, for plaintiff-appellant.*

*Jones, Hewson & Woolard, by Kenneth H. Boyer and R.G. Spratt, III, for defendant-appellee, Western Temporary Services, Inc.*

PER CURIAM

For the reasons stated in *Brown v. Friday Services, Inc.*, 119 N.C. App. 753, 460 S.E.2d 356 (1995), we affirm the entry of summary judgment in this case.

Although plaintiff contends that the trial court erred in hearing defendants' motion for summary judgment before allowing the parties time for discovery, and before allowing plaintiff's motion to amend his complaint, we find that even if summary judgment was improperly awarded, plaintiff's case would not have succeeded on the merits because of our holding in *Brown v. Friday Services, Inc.*, 119 N.C. App. 753, 460 S.E.2d 356 (filed August 15, 1995).

Affirmed.

Panel consisting of:

Judges LEWIS, WYNN, and JOHN.